**Herman WHALING, Petitioner,**

v.

**EASTERN ASSOCIATED COAL COR-PORATION; Director, Office of Workers' Compensation Programs, Respondents.**

No. 08–2402.

United States Court of Appeals, Fourth Circuit.

Submitted: March 18, 2010.

Decided: April 6, 2010.

William B. Talty, Hanover, Virginia, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig LLP, Washington, D.C., for Respondent Eastern Associated Coal Corporation.

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Whaling seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Whaling v. Eastern Associated Coal Corp.,* No. 08–0115–BLA. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*